UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRYL C. DANIELS,

    Plaintiff,

v.                          Case No. 5:22-cv-24-TKW-MJF

CHANDA TAYLOR, *et al.*,

    Defendants.
_____/

### ORDER

This case is before the Court based on the magistrate judge's Amended Report and Recommendation (Doc. 9). No objections were filed. Upon due consideration of the Amended Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice due to Plaintiff's failure to comply with court orders, failure to pay the filing fee, and failure to prosecute.

Accordingly, it is **ORDERED** that the magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 23rd day of May, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**